UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 5:26-cv-00532-AH-DFM | Date February 12, 2026 |
| Title *Parash Parash v. Mark Bowen et al.* | |

Present: The Honorable  Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):
None Present  None Present

**Proceedings:** **(IN CHAMBERS) ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 3)**

On February 6, 2026, Petitioner Parash Parash ("Petitioner") filed a petition for writ of habeas corpus against Respondents Mark Bowen, Todd Lyons, Kristi Noem, and Pamela Bondi ("Respondents"). Dkt. No. 1. On the same day, Petitioner filed a Motion for a Temporary Restraining Order ("Motion"). Dkt. No. 3. The Court ordered briefing on the Motion. Dkt. No. 6. Respondents opposed. Dkt. No. 8. On February 12, 2026, the Court held a hearing, converted the Motion to a Motion for Preliminary Injunction without objection from the parties, and issued an oral ruling.

For the reasons discussed at the hearing, the Court **GRANTS** Petitioner's Motion for a Preliminary Injunction. Respondents are:

- Ordered to release Petitioner immediately; and
- Enjoined from re-detaining Petitioner without providing Petitioner with a pre-detention hearing before a neutral immigration judge.

**IT IS SO ORDERED.**