# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| PARASH PARASH, | Case No. 5:26-00532-AH-DFM |
| Petitioner, | |
| v. | JUDGMENT |
| MARK BOWEN, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that:

1.    The Petition for Writ of Habeas Corpus is GRANTED.

2.    Respondents are permanently enjoined from re-detaining Petitioner without a pre-deprivation hearing before a neutral decisionmaker.

Date: MAY 15, 2026

_____
ANNE HWANG
United States District Judge